# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HILDA L. SOLIS,  
Secretary of Labor,  
United States Department of Labor

Court File No.: 09-cv-1022 (PAM/JJG)

    Plaintiff,

**ORDER**

v.

LOCAL 1005, AMALGAMATED  
TRANSIT UNION,

    Defendant.

## ORDER

Based upon the Stipulation and Joint Motion filed by the parties to this action on February 5, 2009, and all of the pleadings, files and records herein, and the Court being fully advised in the matter:

**IT IS HEREBY ORDERED:**

Good cause exists for amending the following deadlines in the Pretrial Scheduling Order to the following dates:

    a.    Disclosure of Identify of Experts pursuant to Rule 26(a)(2)(A) by March 15, 2010;  
    b.    Disclosure of Written Reports of Experts pursuant to Rule 26(a)(2)(B) by April 8, 2010;

Dated: February 9, 2010

s/Paul A. Magnuson  
Paul A. Magnuson  
United States District Court Judge